## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FREEDOM WATCH, Inc**.
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006

             Plaintiff,

      v.

**UNITED STATES DEPARTMENT OF THE
INTERIOR, BUREAU OF LAND MANAGEMENT,
By Sally Jewell, Secretary of the Interior**
<u>Serve</u>:  Hillary C. Tompkins, Esq.
        Solicitor (General Counsel)
        1849 C Street, N.W.
        Washington, DC 20240

        and

**UNITED STATES DEPARTMENT OF JUSTICE
By Loretta Lynch, Attorney General**
<u>Serve</u>:  950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001

        and

**FEDERAL BUREAU OF INVESTIGATION,
UNITED STATES DEPARTMENT OF JUSTICE
By James B. Comey, Director**
<u>Serve</u>:  935 Pennsylvania Avenue, NW
        Washington, D.C. 20535-0001

           Defendants.

Civil Action Number:

1:16-cv-00992

## <u>COMPLAINT</u>

Plaintiff Freedom Watch, Inc., brings this action against the United States Department of

the Interior, Bureau of Land Management, the U.S. Department of Justice, and the Federal

Bureau of Investigation to compel compliance with the Freedom of Information Act, 5 U.S.C. §

552 ("FOIA").  As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.  The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28
    U.S.C. § 1331 as the matter arises under federal law.

2.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(e) as the Defendants are
    located in this District and their actions or omissions in response to the Plaintiff's
    FOIA request occurred within this District.

## PARTIES

3.  Plaintiff Freedom Watch, Inc., is a non-profit, public interest foundation organized
    under the laws of the District of Columbia.   Plaintiff seeks to promote ethics and
    transparency in government and it officials.

4.  Defendants are agencies of the United States Government, subdivided into self-
    designated Bureaus.

5.  Defendants have possession, custody, and control of records to which Plaintiff seeks
    access.

6.  Defendants' headquarter offices reside within the federal enclave of the District of
    Columbia established under the United States Constitution as the seat of the federal
    government.

## STATEMENT OF FACTS

7.  On or about May 9, 2014, Plaintiff sent a Freedom of Information Act ("FOIA")
    request, via facsimile and U.S. mail, to Defendants seeking records that referred or
    related in any way to a dangerous and large confrontation in Clark County, Nevada in
    April 2014 between armed employees of the Bureau of Land Management and

supporters of Cliven Bundy grazing cattle on public lands, as well as the events and decisions leading up to the actual confrontation.

8. Plaintiff requested a fee waiver and expedited processing in accordance with the procedures set forth under the regulations of each agency defendant.

9. The records Plaintiff seek are of urgent importance and are in the extreme public interest. The American people need to be informed expeditiously through disseminations by organizations serving in the public interest such as Freedom Watch of the requested records, as it affects their immediate well being.

10. Pursuant to 5 U.S.C. § 552(a)(6)(A), Defendants were required to respond timely to Plaintiff's FOIA requests, generally within 20 days.

11. Defendants and each of them separately have failed to respond timely to Plaintiff's FOIA requests pursuant to 5 U.S.C. § 552(a)(6)(A).

12. As of the date of this Complaint, Defendants and each of them separately failed to produce any records responsive to the request or demonstrative that the responsive records are exempt from production.

13. Defendants and each of them separately have also not indicated whether or when any responsive records are exempt from production.

14. Defendants and each of them separately have also not indicated whether or when any responsive records will be produced.

15. Defendants and each of them separately have not granted or issued a decision upon Plaintiff's request for a fee waiver.

16. Defendants and each of them separately have failed to respond to the requests in any substantive manner.

3

17. Because each of the Defendants failed to comply with the time limits set forth in 5

U.S.C. § 552(a)(6)(C), Plaintiff is deemed to have exhausted any and all

administrative remedies with respect of its FOIA request, pursuant to 5 U.S.C. §

552(a)(6)(C).

18. Specifically, Plaintiff requested the following records under FOIA by its May 9,

2014, FOIA request letter, a copy of which is attached hereto.

1. Any and all documents that refer or relate in any way to Senator
Harry Mason Reid;

2. Any and all documents that refer or relate in any way to Senator
Harry Mason Reid and all land sale and or purchase deals that Mr.
Reid is involved with ;

3. Any and all documents that refer or relate in any way to Cliven
Bundy;

4. Any and all documents that refer or relate in any way to the case
of *United States v. Cliven Bundy*, pending before the U.S. District
Court of the District of Nevada, Case No. 2:12-cv-0804-LDG-
GWF.;

5. Any and all documents that refer or relate in any way to the
"Bundy Standoff," which consists of Cliven Bundy's, as well as all
of his supporters', encounters with agents and/or officers from the
Bureau of Land Management at his ranch located in Clark County,
Nevada;

6. Any and all documents that refer or relate in any way to the group
of citizens from throughout the United States who have stood at
the boarders of the Cliven Bundy Ranch and recently been
involved with clashes with agents from the Bureau of Land
Management.

## COUNT I

### (Violation of FOIA, 5 U.S.C. § 552, *et. seq.*)

19. Plaintiff re-alleges paragraphs 1 through 17 as if fully set forth herein.

20. Defendants and each of them separately are unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. § 552, *et. seq.*

21. As a proximate cause of the Defendants' failure to comply, Plaintiff and the public that it serves is being irreparably harmed by reason of Defendants' unlawful withholding of requested records, and Plaintiff will continue to be irreparably harmed unless Defendants are compelled to conform to the requirements of the law by the Courts as provided for under the Act.

**WHEREFORE**, Plaintiff respectfully requests that the Court:  (1) Order Defendants to conduct expedited searched for any and all responsive records to Plaintiff's FOIA request and demonstrate that they employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request: (2) order Defendants to expeditiously produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and a Vaughn index of any responsive records withheld under claim of exemption; (3) enjoin Defendants from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorney's fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. 552(a)(4)(E); and (5) grant Plaintiff any other relief as the Court deems just or proper.

Dated: May 23, 2016

Respectfully submitted,

  /s/ Larry Klayman            .
Larry Klayman, Esq.
Chairman and General Counsel
Freedom Watch, Inc.

D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com