# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM WATCH, INC. ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 16-992 (CKK) |
| ) | |
| UNITED STATES ) | |
| DEPARTMENT OF INTERIOR ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE ) | |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## THE PARTIES JOINT RULE 16.3(c) REPORT

Defendants, the U.S. Department of Justice ("DOJ"), its sub-component, the Federal Bureau of Investigation ("FBI"), the U.S. Department of Interior ("DOI"), its sub-component the Bureau of Land Management ("BLM") (collectively "Defendants"), and Plaintiff Freedom Watch, by and through their undersigned counsel, pursuant to Rule 16.3(d) of the Local Rules and Fed. R. Civ. P. 26(f), the parties, propose a schedule on which this case should proceed. Consistent with Local Rule 16.3(c), the parties conferred by electronic mail in or about August 15 2016. The parties respectfully report as follows:

**Plaintiff's Statement:** Plaintiff's FOIA request was sent back in May, 2014 and Defendants have failed to respond. This matter is now over two years old. Plaintiff requests a status conference as soon as possible and reserves on whether a trial is necessary at this time.

**Defendants' Statement:**     Defendants' DOI and FBI have no record of Plaintiff's FOIA request to their agencies.

1. **Dispositive Motions:**  Defendants' intend to file a dispositive motion.

    The proposed briefing schedule is as follows:

| | |
|---|---|
| Defendants' motion to dismiss: | Sept. 26, 2016 |
| Plaintiff's Opposition: | Oct. 26, 2016 |
| Defendants' Reply: | Nov. 10, 2016 |

2. **Joinder of Parties and Amendment of Pleadings:**  Neither party anticipates joining additional parties.

3. **Magistrate:** The parties currently oppose the appointment of a Magistrate Judge for all purposes.

4. **Possibility of Settlement:** The parties agree that settlement discussions are not appropriate at this time

5. **Alternative Dispute Resolution:** *See* Paragraph No. 3.

6. **Dispositive Motions/Discovery Timeframe:**

7. **Initial Disclosures:**    Not applicable.

8. **Discovery:**     Not applicable in this case.

9. **Experts:**     The parties do not anticipate the need for expert testimony.

10. **Class Actions:**     Not applicable.

11. **Bifurcation of Discovery or Trial:**  The parties do not anticipate the need for a bifurcated

trial at this time.

12.     **Proposed Date for the Pretrial Conference:**     The parties agree that a Pretrial Conference is unnecessary in this case.

13.     **Trial Date:**   The parties agree that a Trial date is unnecessary in this case.

**14.**     **Other Matters:**      The parties are not aware of any other matters requiring resolution by the Court at this time.

Respectfully submitted,

____/s/_____
Larry E. Klayman
FREEDOM WATCH, INC.
2020 Pennsylvania Ave, NW, Suite 345
Washington, DC 20006

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. BAR NUMBER 415793

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

_____/s/   _____
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*