**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREEDOM WATCH, INC., | |
| Plaintiff, | Civil Action No. 1:16-cv-00992 |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANGEMENT, et al., | |
| Defendants. | |

## REQUEST FOR FOR EXPEDITED TELEPHONIC STATUS CONFERENCE AND TO TAKE DISCOVERY OF DEFENDANTS' CUSTODIAN OF RECORDS

Plaintiff Freedom Watch, Inc. ("Plaintiff") hereby moves this court for an expedited telephonic status conference and to take discovery from the custodian of records for each and every Defendant—United States Department of the Interior, Bureau of Land Management ("BLM"), United States Department of Justice ("OAG") and Federal Bureau of Investigation ("FBI")—immediately.

Plaintiff first sent requests for documentation regarding the armed confrontation between BLM employees and supporters of Cliven Bundy under the Freedom of Information Act ("FOIA") to each and every defendant back in May, 2014. Since then, Defendants have undeniably failed to comply with their legal obligations under FOIA to produce responsive documentation. Instead, Defendants have resorted to simply lying about having not received Plaintiff's FOIA request in their Answer to Plaintiff's Complaint and the Joint Status Report. Indeed, Defendant FBI even sent documentation to Plaintiff in 2014 confirming receipt of

Plaintiff's FOIA request! A true and correct copy of documentation confirming receipt of Plaintiff's FOIA request is attached hereto as **Exhibit A**.

Defendants have engaged in clear bad-faith tactics, aimed only to delay the production of documents that Plaintiff is legally entitled to. Not coincidentally, the current director of Defendant BLM, Neil Kornze, assumed his title only after serving on Nevada Senator Harry Reid's staff. The motivation behind the seizure of Cliven Bundy's land was to make way for solar panel power stations, as has been reported extensively. [1] Not surprisingly, the development of those solar farms was to be done by people who had made substantial contributions to the Harry Reid. Moreover, ENN Energy Group, who was represented by Harry Reid's son, Rory Reid, attempted to take control of the development of the land.[2] This pattern of corrupt behavior is evidence of Defendants motivation to prevent, or at the very least delay, Plaintiff from receiving the FOIA documentation that it is legally entitled to. It is also the exact reason why the release of this documentation is so crucial, as FOIA is aimed at promoting transparency within the government.

Accordingly, Plaintiff respectfully requests that Defendants be ordered to produce documents responsive to Plaintiff's FOIA request. Defendants have had over two years to do so, but have instead chosen to lie. Plaintiff also requests an expeditious status conference on this matter to discuss how the parties must proceed and to prevent Defendants from engaging in any further dilatory tactics. Discovery from Defendants' custodian of records is also needed immediately, since Defendant FBI has clearly lied about having never received Plaintiff's FOIA request and Defendants BLM and OAG are playing games with this court, motivated by the

---

[1] Kit Daniels, *Breaking: Sen. Harry Reid Behing BLM Land Grab of Bundy Ranch*, Infowars, April 11, 2014, available at: http://www.infowars.com/breaking-sen-harry-reid-behind-blm-land-grab-of-bundy-ranch/

[2] *Id.*

indictment of the undersigned counsel's client, Cliven Bundy, by a U.S. Department of Justice federally empaneled grand jury. Trial is currently set for February, 2017, and Defendants obviously do not want Cliven Bundy to have access to the requested documents in order to prepare for and use during trial.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests this court compel production of responsive documentation from Defendants, and grant an expedited telephonic conference and discovery from Defendants' custodian of records.

Dated: August 31, 2016                              Respectfully submitted,

                                                    */s/ Larry Klayman*
                                                    Larry Klayman, Esq.
                                                    Freedom Watch, Inc.
                                                    D.C. Bar No. 334581
                                                    2020 Pennsylvania Ave, NW
                                                    Suite 345
                                                    Washington, DC, 20006
                                                    Tel: (310) 595-0800
                                                    Email: leklayman@gmail.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31[th] day of August, 2016, a true and correct copy of the foregoing Request for Expedited Status Conference and Discovery was filed and served via CM/ECF and served upon the following:

Rhonda Lisa Campbell
U.S. Attorney's Office
Civil Division
555 Fourth Street, NW
Washington, DC, 20530
Rhonda.campbell@usdoj.gov

                                                    */s/ Larry Klayman*

# EXHIBIT A



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

June 26, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

> FOIPA Request No.: 1274635-000
> Subject: BOWLER, JOSEPH L., JR.
> (ACTUAL OR PROPOSED USE OF LAND IN
> BUNKERVILLE ALLOTMENT, JANUARY 1,
> 2010 – PRESENT)

Dear Mr. Klayman:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals. Because you have requested information about a third party and the FBI recognizes an important privacy interest in that information, to help us process your request we ask that you provide one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests). In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent. If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form. You may make additional copies of this form if you are requesting information on more than one individual. The subject of your request should complete this form and then sign it. Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized. The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death. If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure. If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests. In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602. If we do not receive a response from you within 30 days from the date of this letter, your request will be closed. You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). As such, this response is limited to those records, if any exist, that are subject to the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 1, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

> FOIPA Request No.: 1274652-000
> Subject: DRY LAKE SOLAR ENERGY ZONE
> (ACTUAL OR PROPOSED USE OF LAND
> MANAGED BY BLM – JANUARY 1, 2010 –
> PRESENT)

Dear Mr. Klayman:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System.   We were unable to identify main file records responsive to the FOIA.   If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

It is unnecessary to adjudicate your fee waiver request because no responsive main file records were found.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.   See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).   This response is limited to those records that are subject to the requirements of the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/cfoia-portal.html.   Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely.   The envelope and the letter should be clearly marked "Freedom of Information Appeal."   Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

July 1, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

> FOIPA Request No.: 1274592-000
> Subject: CONSERVATION AND
> EUTHANIZATION OF DESERT TORTOISES
> (JANUARY 1, 2008 TO PRESENT IN
> BUNKERVILLE ALLOTMENT)

Dear Mr. Klayman:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System.   We were unable to identify main file records responsive to the FOIA.   If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

It is unnecessary to adjudicate your fee waiver request because no responsive main file records were found.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.   See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).   This response is limited to those records that are subject to the requirements of the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely.   The envelope and the letter should be clearly marked "Freedom of Information Appeal."   Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 1, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

> FOIPA Request No.: 1274633-000
> Subject: ENN ENERGY GROUP (ACTUAL
> OR PROPOSED USE OF LAND IN
> BUNKERVILLE ALLOTMENT – JANUARY 1,
> 2010 – PRESENT)

Dear Mr. Klayman:

This is in response to your Freedom of Information Act (FOIA) request.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify main file records responsive to the FOIA. If you have additional information pertaining to the subject that you believe was of investigative interest to the Bureau, please provide us the details and we will conduct an additional search.

It is unnecessary to adjudicate your fee waiver request because no responsive main file records were found.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure



# FBI FACT SHEET

- **The primary functions of the FBI are national security and law enforcement.**

- **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920s.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, counter-intelligence, cyber crime, public corruption, civil rights, organized crime, white collar crime, major thefts, violent crime, and applicants.

- **The FBI does not issue clearances or non-clearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should contact that entity. Most government agencies have websites which are accessible on the internet which have their contact information.

- **A criminal history summary check or "rap sheet" is NOT the same as an "FBI file."** It is a listing of information taken from fingerprint cards and related documents submitted to the FBI in connection with arrests, federal employment, naturalization or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, Criminal Justice Information Services (CJIS) Division, Record Request, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Along with a specific written request, the individual must submit a new full set of his/her fingerprints in order to locate the record, establish positive identification, and ensure that an individual's records are not disseminated to an unauthorized person. The fingerprint submission must include the subject's name, date and place of birth. There is a required fee of $18 for this service, which must be submitted by money order or certified check made payable to the Treasury of the United States. A credit card payment option is also available. Forms for this option and additional directions may be obtained by accessing the FBI Web site at www.fbi.gov/about-us/cjis/background-checks/background_checks.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index (UNI) to identify any information contained in FBI records that may be associated with an individual and provides the results of that search to a requesting federal, state or local agency. Names are searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file, while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine if it is applicable to the individual in question.

- **The Record/Information Dissemination Section (RIDS)** searches for records and provides copies of FBI files responsive to Freedom of Information or Privacy Act (FOIPA) requests for information. RIDS provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject's name, event, activity, or business is searched to determine whether there is an associated investigative file. This is called a "main file search" and differs from the **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI, VISIT OUR WEBSITE AT**
**www.fbi.gov**



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 26, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

FOIPA Request No.: 1274552-000
Subject: BUNDY, CLIVEN (CATTLE
RANCHING, FAMILY, EMPLOYEES, ETC.)

Dear Mr. Klayman:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals. Because you have requested information about a third party and the FBI recognizes an important privacy interest in that information, to help us process your request we ask that you provide one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.o.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests). In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent. If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form. You may make additional copies of this form if you are requesting information on more than one individual. The subject of your request should complete this form and then sign it. Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized. The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death. If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure. If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests. In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602. If we do not receive a response from you within 30 days from the date of this letter, your request will be closed. You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). As such, this response is limited to those records, if any exist, that are subject to the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

June 26, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

> FOIPA Request No.: 1274632-000
> Subject: REID, RORY (ACTUAL OF
> PROPOSED USE OF LAND IN
> BUNKERVILLE ALLOTMENT – JANUARY 1,
> 2010 – PRESENT)

Dear Mr. Klayman:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals. Because you have requested information about a third party and the FBI recognizes an important privacy interest in that information, to help us process your request we ask that you provide one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests). In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent. If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form. You may make additional copies of this form if you are requesting information on more than one individual. The subject of your request should complete this form and then sign it. Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized. The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death. If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure. If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests. In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602. If we do not receive a response from you within 30 days from the date of this letter, your request will be closed. You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). As such, this response is limited to those records, if any exist, that are subject to the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

U.S. Department of Justice



Federal Bureau of Investigation

*Washington, D.C. 20535*

June 26, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

FOIPA Request No.: 1274572-000
Subject: BUNKERVILLE ALLOTMENT (BLM
MANAGED LAND, CLARK COUNTY,
NEVADA)

Dear Mr. Klayman:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☑       Your request has been received at FBI Headquarters for processing.

☐       Your request has been received at the [_____ Resident Agency / _____ Field Office]
         and forwarded to FBI Headquarters for processing.

☑       We are searching the indices to our Central Records System for the information responsive
         to this request.   We will inform you of the results in future correspondence.

☑       Your request for a fee waiver is being considered and you will be advised of the decision at
         a later date.

☑       Please check for the status of your FOIPA request at www.fbi.gov/foia by clicking on **Check
         the Status of Your FOIPA Request** under **Records Available Now** located on the right
         side of the page.   Status updates are adjusted weekly.   The status of newly assigned
         requests may not be available until the next weekly update.   If the FOIPA has been closed
         the notice will indicate that appropriate correspondence has been mailed to the address on
         file.

The FOIPA Request number listed above has been assigned to your request.   Please use this
number in all correspondence concerning your request.   Your patience is appreciated.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

**U.S. Department of Justice**



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 26, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

FOIPA Request No.: 1274592-000
Subject: CONSERVATION AND
EUTHANIZATION OF DESERT TORTOISES
(JANUARY 1, 2008 TO PRESENT IN
BUNKERVILLE ALLOTMENT)

Dear Mr. Klayman:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the [_____ Resident Agency / _____ Field Office] and forwarded to FBI Headquarters for processing.

☑ We are searching the indices to our Central Records System for the information responsive to this request. We will inform you of the results in future correspondence.

☑ Your request for a fee waiver is being considered and you will be advised of the decision at a later date.

☑ Please check for the status of your FOIPA request at www.fbi.gov/foia by clicking on **Check the Status of Your FOIPA Request** under **Records Available Now** located on the right side of the page. Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

U.S. Department of Justice



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 26, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

FOIPA Request No.: 1274612-000
Subject: REID BUNKERVILLE, LLC
(ACTUAL OR PROPOSED USE OF LAND IN
BUNKERVILLE ALLOTMENT – JANUARY 1,
2010 – PRESENT)

Dear Mr. Klayman:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the [_____ Resident Agency / _____ Field Office]
and forwarded to FBI Headquarters for processing.

☑ We are searching the indices to our Central Records System for the information responsive
to this request. We will inform you of the results in future correspondence.

☑ Your request for a fee waiver is being considered and you will be advised of the decision at
a later date.

☑ Please check for the status of your FOIPA request at www.fbi.gov/foia by clicking on **Check
the Status of Your FOIPA Request** under **Records Available Now** located on the right
side of the page. Status updates are adjusted weekly. The status of newly assigned
requests may not be available until the next weekly update. If the FOIPA has been closed
the notice will indicate that appropriate correspondence has been mailed to the address on
file.

The FOIPA Request number listed above has been assigned to your request. Please use this
number in all correspondence concerning your request. Your patience is appreciated.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

U.S. Department of Justice



Federal Bureau of Investigation
*Washington, D.C. 20535*

June 26, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

> FOIPA Request No.: 1274652-000
> Subject: DRY LAKE SOLAR ENERGY ZONE
> (ACTUAL OR PROPOSED USE OF LAND
> MANAGED BY BLM – JANUARY 1, 2010 –
> PRESENT)

Dear Mr. Klayman:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the [_____ Resident Agency / _____ Field Office] and forwarded to FBI Headquarters for processing.

☑ We are searching the indices to our Central Records System for the information responsive to this request.   We will inform you of the results in future correspondence.

☑ Your request for a fee waiver is being considered and you will be advised of the decision at a later date.

☑ Please check for the status of your FOIPA request at www.fbi.gov/foia by clicking on **Check the Status of Your FOIPA Request** under **Records Available Now** located on the right side of the page.   Status updates are adjusted weekly.   The status of newly assigned requests may not be available until the next weekly update.   If the FOIPA has been closed the notice will indicate that appropriate correspondence has been mailed to the address on file.

The FOIPA Request number listed above has been assigned to your request.   Please use this number in all correspondence concerning your request.   Your patience is appreciated.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

U.S. Department of Justice



Federal Bureau of Investigation

*Washington, D.C. 20535*

June 26, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

FOIPA Request No.: 1274633-000
Subject: ENN ENERGY GROUP (ACTUAL
OR PROPOSED USE OF LAND IN
BUNKERVILLE ALLOTMENT – JANUARY 1,
2010 – PRESENT)

Dear Mr. Klayman:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI.

☑ Your request has been received at FBI Headquarters for processing.

☐ Your request has been received at the [_____ Resident Agency / _____ Field Office]
and forwarded to FBI Headquarters for processing.

☑ We are searching the indices to our Central Records System for the information responsive
to this request. We will inform you of the results in future correspondence.

☑ Your request for a fee waiver is being considered and you will be advised of the decision at
a later date.

☑ Please check for the status of your FOIPA request at www.fbi.gov/foia by clicking on **Check
the Status of Your FOIPA Request** under **Records Available Now** located on the right
side of the page. Status updates are adjusted weekly. The status of newly assigned
requests may not be available until the next weekly update. If the FOIPA has been closed
the notice will indicate that appropriate correspondence has been mailed to the address on
file.

The FOIPA Request number listed above has been assigned to your request. Please use this
number in all correspondence concerning your request. Your patience is appreciated.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 26, 2014

MR. LARRY KLAYMAN
FREEDOM WATCH
SUITE 205-345
2775 NORTHWEST 49TH AVENUE
OCALA, FL 34482

FOIPA Request No.: 1274573-000
Subject: REID, HARRY (CHANGES TO THE
USE OF BLM LAND, JANUARY 1, 2008 –
PRESENT)

Dear Mr. Klayman:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the FBI. The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals. Because you have requested information about a third party and the FBI recognizes an important privacy interest in that information, to help us process your request we ask that you provide one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests). In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent. If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form. You may make additional copies of this form if you are requesting information on more than one individual. The subject of your request should complete this form and then sign it. Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized. The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death. If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure. If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests. In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602. If we do not receive a response from you within 30 days from the date of this letter, your request will be closed. You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). As such, this response is limited to those records, if any exist, that are subject to the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)